584 A.2d 201
STATE OF NEW JERSEY v. NICHOLAS RENNE.

May 1, 1990.

Petition for certification denied.

584 A.2d 201
STATE OF NEW JERSEY v. ALVIN PRUITT.

May 1, 1990.

Petition for certification denied.

584 A.2d 201
STATE OF NEW JERSEY v. HECTOR ALBINO.

May 1, 1990.

Petition for certification denied.

584 A.2d 201
STATE OF NEW JERSEY v. GENE M. DIULIO.

May 1, 1990.

Petition for certification denied.

584 A.2d 201
STATE OF NEW JERSEY v. GEORGE CARAYIANIS.

May 1, 1990.

Petition for certification denied.